UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-39 |
| JULIO MENDEZ-MARTINEZ | SECTION "R" (2) |

## ORDER AND REASONS

Before the Court is defendant Julio Mendez-Martinez's motion for permission to travel.[1] The Government does not oppose the motion. The Court considers the motion below.

Defendant is charged in a bill of information with one count of reentry into the United States after having been officially deported and removed, and without consent for reapplication for admission, in violation of 8 U.S.C. § 1326(a).[2] On February 19, 2020, defendant was released on a $10,000.00 unsecured bond, with the condition that he not travel outside the Eastern District of Louisiana.[3] Defendant's trial is set for April 25, 2022.[4]

Defendant now moves for permission to leave the Eastern District of Louisiana to travel to Cochranton, Pennsylvania, to attend the wedding of a

---

[1]   R. Doc. 51.
[2]   R. Doc. 16.
[3]   R. Doc. 51; R. Doc. 12.
[4]   R. Doc. 50.

member of the Christian Aid Ministries Group at the Greenview Amish Church in Greenview, Pennsylvania.[5] He represents in his motion that he will also be visiting communities in the area, and "learning about their outreach programs."[6] He seeks to leave the Eastern District of Louisiana on March 31, 2022, and return on April 3, 2022.[7]

The Court denies defendant's request. The cited purpose of his travel is recreational in nature. Defendant does not explain his connection to the "member" of this church, or why it is important that he attend this person's out-of-state wedding. In any case, the Court finds that this is not the type of personally significant event that might, under certain circumstances, warrant an exception to a travel restriction imposed as a condition of bond.

Moreover, the record indicates that defendant has been removed from the United States on no fewer than four occasions, and has returned unlawfully after each removal.[8] This track record does not inspire confidence about defendant's flight risk, especially given that the requested destination is over one thousand miles away from this judicial district, and the travel dates fall within a month of defendant's trial.

---

[5]   R. Doc. 51 at 1.
[6]   *Id.*
[7]   *Id.* at 2.
[8]   R. Doc. 1 at 2-4 (Affidavit in Support of Criminal Complaint) (Feb. 12, 2020).

For these reasons, the Court DENIES defendant's motion.

New Orleans, Louisiana, this __16th__ day of March, 2022.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE